# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** U.S. Marshals Service

**City** Saugus

**County** Essex

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 19-cr-10318-NMG  ✔ Yes  ☐ No

Defendant Name: Albert Anderson III  Juvenile: ☐ Yes ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✔ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1967  SSN (last 4#): 0908  Sex: M  Race: W  Nationality: _____

**Defense Counsel if known:** Sandra Gant  **Address:** 51 Sleeper Street, 5th Floor

**Bar Number:** 680122  Boston, MA 02210

**U.S. Attorney Information**

AUSA: John J. Reynolds III  Bar Number if applicable: 672295

**Interpreter:** ☐ Yes ✔ No  List language and/or dialect: _____

**Victims:** ☐ Yes ✔ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ✔ No

**Matter to be SEALED:** ☐ Yes ✔ No

☐ Warrant Requested  ☐ Regular Process  ✔ In Custody

**Location Status:** Wyatt Detention Facility

**Arrest Date:** _____

✔ Already in Federal Custody as of 8/10/2023 in Wyatt Detention Facility.

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ✔ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ✔ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/19/2024  Signature of AUSA: *[signed] John J. Reynolds III*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Albert Anderson III

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2250 | Failure to Register as a Sex Offender | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013